# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | |
|---|---|
| ELPIDIO ENRIQUEZ, § | |
| § | |
| Petitioner, § | |
| § | |
| V. § | NO. 4:23-CV-410-O |
| § | |
| WARDEN, FMC FORT WORTH, § | |
| § | |
| Respondent. § | |

## FINAL JUDGMENT

Consistent with the order of dismissal signed this date, the petition of Elpidio Enriquez under 28 U.S.C. § 2241 is **DISMISSED** for want of exhaustion.

**SO ORDERED** this **29th day** of **June, 2023**.

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**

1